# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-5042   2. DATE DOCKETED: 2/11/2022

3. CASE NAME (lead parties only) Amy Mischler   v.   Mike Pence

4. TYPE OF CASE: ☐ District Ct - ○ US Civil ◉ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes ◉ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.   Bankruptcy Court Docket No.   Tax Court Docket No.
      Civil Action 1:20cv01863   Bankruptcy _____   Tax _____
      Criminal _____   Adversary _____
      Miscellaneous _____   Ancillary _____

   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Chutkan   Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 2/11/2022   e. Date notice of appeal filed: 2/10/2022
   f. Has any other notice of appeal been filed in this case? ◉ Yes ○ No   If YES, date filed: 2/15/2021
   g. Are any motions currently pending in trial court? ○ Yes ○ No   If YES, date filed: _____
      If YES, identify motion Not Sure.  Judge Chutkan isn't timely taking nearly nine months to deny my ecf
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes ◉ No
      If NO, why not?   Judge Chutkan wouldn't allow me to have hearings to argue my position/no transcripts
   i. Has this case been before the Court under another appeal number? ◉ Yes Appeal # 21-5046   ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ◉ No If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?   ○ Yes ◉ No
      If YES, give popular name and citation of statute _____

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No   If so, provide program name and participation dates
   I would be open to this if such a program was permitted for pro se litigants

Signature _Amy Mischler_   Date 5/9/2022
Name of Party Amy Mischler
Name of Counsel for Appellant/Petitioner Pro Se
Address 8761 Hwy 78 W Lot #10 Okeechobee Florida
Phone ( 863 ) 801-1877   Fax ( ___ ) _____

### ATTACH A CERTIFICATE OF SERVICE
Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

141/169

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
### 22-5042

AMY MISCHLER,

      Appellant

v.

MIKE PENCE, FORMER VICE PRESIDENT
OF THE UNITED STATES, et al.,

      Appellees

      This is the Certificate of Service attached to the Civil Docketing Statement.

_____
Amy Mischler
8761 ST HWY 78 W
Lot # 10
Okeechobee, Fl. 34974

## CERTIFICATION OF SERVICE

I certify that a true copy was sent by postal service mail on this, the **11** day of May 2022.

R. Craig Lawrence U.S. Attorney's Office 601 D Street, NW Washington, DC 20530 craig.lawrence@usdoj.gov

Roscoe Conklin Howard, Jr. roscoe.howard@btlaw.com Barnes & Thornburg LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, DC 20006-4623

_____
Amy Mischler

141A/169

