UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
22-5042

AMY MISCHLER,

     Appellant

v.

MIKE PENCE, FORMER VICE PRESIDENT
OF THE UNITED STATES, et al.,

     Appellees

## STATEMENT OF ISSUES TO BE RAISED

1) Whether the Constitution requires the Federal Courts to allow Pro Se Plaintiffs to have access to electronic filing or take other measures to level the litigation on deadlines.

2) Whether Judge Chutkan erred in failing to timely dispose of a motion to allow electronic filing for a period of nearly nine months for a pro se litigant and then arbitrarily used the changed rules that occurred within that nine months as a reason to deny the overdue motion.

3) Whether Judge Chutkan took for true the statements made by the Pro Se Plaintiff or held bias due to the false allegations against Ms. Mischler and favorable bias towards Christy Trout due to her marriage to a Federal Judge.

21./169

4) Whether the Department of Justice has been willfully blind to public corruption in the Commonwealth of Kentucky and allowed defrauding of Violence Against Women Act funding to discriminate against women so Kentucky men do not have to pay child support.

5) Whether the policy of the 6th Circuit Court of Appeals to rewrite Pro Se memorandums without notice to the pro se litigant or opportunity to inspect or correct material mistakes violates the United States Constitution.

6) Whether a Federal Judge is required under the Federal Recusal laws to recuse from civil actions where his lover/wife is employed by the opposing litigant and that employment is an inherent quid pro quo, judicial bribery disguised as employment to ensure favorable rulings.

7) Whether the Health and Human Services Secretary has violated 42 USC 5108 allowing Kentucky to violate the state plan under 42 USC 5106a to place Ms. Mischler on and off of the Kentucky Child Abuse Registry multiple times, all without due process notice of a timely post office certified letter required by Kentucky law and then destroy documents required under Federal Law to be maintained for twenty five to coverup that Kentucky knowingly and intentionally was violating the state plan under 42 USC 5106a.

8) Whether the child abuse registries are Constitutional when the Health and Human Secretary has knowingly allowed Kentucky to violate the state plan under 42 USC 5106a to place Ms. Mischler as a substantiated child abuser without due process notice multiple times including creating a case in 2013 backdated to 2002 against Ms. Mischler when she lived in Florida.

9) Whether Judge Chutkan had an undisclosed ex parte hearing without pro se Ms. Mischler documented in 4/7/2022 minute order where Jennifer Wylie, David Frazee, Layla Siegel and paralegal Shadae Beaver were sent electronic notices and Jennifer Wylie and David Frazee and Layla Siegel and Shadae Beaver at DOJ ***never having entered an appearance into the case could only be known to be involved with the litigation through an undisclosed ex parte with Judge Chutkan and/or Judge Chutkan's staff.***

10) Whether it is a violation of the U.S. Constitution equal protection clause that a paralegal who is not admitted to the Bar Association is allowed to have electronic notice privileges from the Federal Courts and the actual party, pro se Ms. Mischler is not allowed to have the same privileges as a paralegal in representing herself.

11) Whether it is a violation of the U.S. Constitution equal protection clause for Judge Chutkan to summarily state that Ms. Mischler's appeal was not

taken in good faith without allowing Ms. Mischler to argue it is and paralegal Shadae Beaver, Layla Siegel, Jennifer Sylie, David Frazee all attending the "minute" hearing on 4/7/2022 without giving Ms. Mischler the opportunity to attend.

12) Whether Judge Chutkan erred falsifying MATERIAL FACTS ON her order "changes in the Sixth Circuit Court of Appeal's Local Rules". The issue is that the policy WAS NEVER IN THE SIXTH CIRCUIT LOCAL RULES and was ONLY KNOWN DUE TO A PUBLICATION BY JUDGE POSNER. Judge Chutkan knowingly and intentionally falsified a material fact to justify the dismissal.

13) Whether Judge Chutkan erred never actually addressing the Bivens Action against F.B.I. Special Agent Baumgardner and John Doe harassing Ms. Mischler at her home having no legitimate reason to do so in order to get documents from her under color of law. No crime has been charged against her nor will the Department of Justice release the 302's document requested by Ms. Mischler in 2019 FOIA.

14. Whether Judge Chutkan erred by having an undisclosed ex parte communication with the Department of Justice regarding 20-cv-1863 because the identify of John Doe is still unidentified and as Ms. Mischler alleged she did not believe he was an F.B.I. Agent Judge Chutkan must either

24/169

had an ex parte meeting to learning John Doe's identify or is assuming facts not in existence in the case because John Doe has never been identified or verified that he was an F.B.I. Agent.

15. Whether Judge Chutkan erred dismissing Christy Trout from the action now that the Federal Financial Disclosures for Judge Greg Van Tatenhove show that Trout did had motivation to deny Ms. Mischler a neutral judge by the conspiracy Trout, Van Tatenhove, Matt Bevin, and Kelly Craft were in to ensure that Van Tatenhove received monetary bribes through Trout's employment with Bevin to rule in favor of Bevin.

Ms. Mischler retains the right to update this issue list or have her appointed counsel to do so in accordance as an accommodation to her disability as reliving these issues have triggered a flareup.

Amy Mischler
8761 ST HWY 78 W
Lot # 10
Okeechobee, Fl. 34974

25/169

## CERTIFICATION OF SERVICE

I certify that a true copy was sent by postal service mail on this, the __11__ day of May 2022.

R. Craig Lawrence
U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530
craig.lawrence@usdoj.gov

Roscoe Conklin Howard, Jr.
roscoe.howard@btlaw.com
Barnes & Thornburg LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, DC 20006-4623

Amy Mischler

26/169

Message-Id:7664033@dcd.uscourts.gov
Subject:Activity in Case 1:20-cv-01863-TSC MISCHLER v. PENCE et al Order on Sealed Motion
Content−Type: text/html

## U.S. District Court

## District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 4/7/2022 at 4:20 PM and filed on 4/7/2022

**Case Name:**      MISCHLER v. PENCE et al

**Case Number:**    1:20−cv−01863−TSC

**Filer:**

**Document Number:** No document attached

**Docket Text:**
 MINUTE ORDER: Plaintiff's Motion [42] is hereby granted in part and denied in part. The motion is GRANTED with respect to Plaintiff's request to file the motion under seal. The motion is DENIED with respect to Plaintiff's request to proceed on appeal in forma pauperis. "[A]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous." Wooten v. District of Columbia Metro. Police Dept., 129 F.3d 206, 208 (D.C. Cir. 1997) (quoting Ellis v. United States, 356 U.S. 674 (1958)). Because Plaintiff's appeal does not have "an arguable basis in law and fact," the court finds it is not taken in good faith and therefore she is not entitled to proceed without paying the filing fee. See In re Yelverton, No. 09−00414, 2015 WL 6599699, at *1 (Bankr. D.D.C. Oct. 29, 2015) (citing Neitzke v. Williams, 490 U.S. 319, 325 (1989); Cortorreal v. United States, 486 F.3d 742 (2d Cir. 2007); Sills v. Bureau of Prisons, 761 F.2d 792, 794 (D.C. Cir. 1985)); Wooten v. District of Columbia Metropolitan Police Dept., 129 F.3d 206, 208 (D.C. Cir. 1997). The Clerk of the Court shall mail a copy of this Order to Plaintiff at her address of record. Signed by Judge Tanya S. Chutkan on 4/7/22. (DJS)

*Exhibit 1*

1:20−cv−01863−TSC Notice has been electronically mailed to:     *No Entry of Appearance How did Judge Chutkan know?*

Roscoe Conklin Howard, Jr    rhoward@btlaw.com, Jennifer.Wylie@btlaw.com, david.frazee@btlaw.com

*22/169*
*13*

Michelle Nicole Bradford    mbradford@btlaw.com, layla.siegel@btlaw.com

Thomas Duffey    thomas.duffey@usdoj.gov, caseview.ecf@usdoj.gov, shadae.beaver@usdoj.gov

**1:20–cv–01863–TSC Notice will be delivered by other means to::**

AMY MISCHLER
8671 Hwy 78 West
Lot #10
Okeechobee, FL 34974

*Not in Case no entry of appearance.*

*How did Judge Chutkan know they were involved?*

*Undisclosed Ex Parte*

*28/169*