No. 22-5042

_____

IN THE UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____


AMY MISCHLER

Plaintiffs-Appellants,

v.

MIKE PENCE, FORMER VICE PRESIDENT OF THE UNITED
STATES, ET al.,

Defendant-Appellees.

_____

On Appeal from the United States District Court for the District of
Columbia

Case No. 1:20-cv-01863-TSC

_____

PETITION FOR REHEARING EN BANC

_____

Amy Mischler, JD
8761 St. Hwy 78 W, Lot #10
Okeechobee, Florida 34974
863-801-1187
ajmischler@yahoo.com
Pro Se

1

## STATEMENT REGARDING NECESSITY OF EN BANC REHEARING

The proceeding involves one or more questions of exceptional importance. Can Donald Trump get a fair trial with Judge Chutkan in 1:23-cr-00257-TSC and appropriate redress if necessary from the DC Circuit Court if the DC Circuit Court fails to address Judge Chutkans favoritism to DOJ and subsequent judicial misconduct to exercise that favoritism to the DOJ in 1:20-cv-01863-TSC?

The public believes that the DOJ has brought a politically weaponized criminal case against Donald Trump for the purpose to interfere in the upcoming election. The public believes Donald Trump cannot get a fair trial in the District of Columbia, particularly since judge Chutkan has been assigned. Failure of the DC Circuit Court to address Judge Chutkans outrageous judicial misconduct in 1:20-cv-01863-TSC will show that the DC District and Circuit Courts are indeed "***star chambers***" with no ethical or moral compass to follow the rule of law.

The world is watching. The issues are outlined below.

## 1. JUDGE TANYA CHUTKAN'S JUDICIAL MISCONDUCT

A historic case 1:23-cr-00257-TSC has been filed against Donald J. Trump with Judge Tanya Chutkan assigned. It is a national concern that

2

Judges Wilkins, Katsas, and Pan failed to acknowledge Judge Chutkans judicial misconduct in ***THIS CASE*** 1:20-cv-01863-TSC and that now both the Federal DC District and Circuit Courts have the appearance of "**star chambers**". Whether this Case is denied En Banc review will be predictive and instructive how the DC Circuit will address any appeal issues from 1:23-cr-00257-TSC; making it an En Banc case is necessary to preserve the integrity of the Courts while the entire world is watching USA v. Trump.

## 2. WHITEWASHING OF DEPARTMENT OF JUSTICE MISCONDUCT BY BOTH DC DISTRICT AND DC CIRCUIT COURTS

A historic case 1:23-cr-00257-TSC has been filed against Donald J. Trump with Judge Tanya Chutkan assigned. It is a national concern that Judges Wilkins, Katsas, and Pan failed to acknowledge the falsification of FBI 302 9E-LS-2828652 Serial 1 lead to the Appellant being harassed at her home by FBI on July 3, 2018. The Department of Justice and the US Attorney's office withheld the FOIA for the FBI 302 until after this appeal was filed to obstruct the Appellant in the Courts. Judges Wilkins, Katsas, and Pan fail to offer any substance why the motion to hold the

3

US Attorney for the District of Columbia in contempt for the act of obstruction of justice, withholding the falsified FBI 302.

### 3. CONSPIRACY BETWEEN JUDGE CHUTKAN AND THE US ATTORNEY FOR THE DISTRICT OF COLUMBIA

A historic case 1:23-cr-00257-TSC has been filed against Donald J. Trump with Judge Tanya Chutkan assigned. It is a national concern that Judges Wilkins, Katsas, and Pan failed to address in the order the ex parte communications that occurred between Judge Chutkan and the US Attorney for the District of Columbias office; Ex parte communications never disclosed upon the record and must have occurred as stated in the appeal.

### 4. WEAPONIZATION OF THE DEPARTMENT OF JUSTICE TO COVER UP PUBLIC OFFICIAL CRIMES CREATING TWO-TIERED JUSTICE SYSTEM

A historic case 1:23-cr-00257-TSC has been filed against Donald J. Trump with Judge Tanya Chutkan assigned. It is a national concern that Judges Wilkins, Katsas, and Pan gave a per curiam opnion white washing Federal Judicial Officer Greg Van Tatenhoves using the FBI as a political weapon after the Appellant exercised First Amendment speech over Judge Van Tatenhove running a Federal Judicial Bribery scheme

4

and falsifying his mandatory financial disclosures in furtherance of the bribery scheme.

5. <u>ABUSE OF LITIGANT BY JUDGES WILKINS, KATSAS AND PAN</u>

Judges Wilkins, Katsas and Pan ordered the economically distressed litigant to pay the filing file and then issued a per curiam opinion (without written justification) summarily dismissing the appeal. Judges Wilkins, Katsas and Pan have denied the property of a written factual finding that Ms. Mischler paid for, without due process of law, violating her 5th Amendment Right of the United States Constitution.

# TABLE OF CONTENTS

STATEMENT REGARDING NECESSITY OF EN BANC REHEARING
2

1. JUDGE TANYA CHUTKAN'S JUDICIAL MISCONDUCT       2

2. WHITEWASHING OF DEPARTMENT OF JUSTICE MISCONDUCT BY BOTH DC DISTRICT AND DC CIRCUIT COURTS       3

3. CONSPIRACY BETWEEN JUDGE CHUTKAN AND THE US ATTORNEY FOR THE DISTRICT OF COLUMBIA       4

4. WEAPONIZATION OF THE DEPARTMENT OF JUSTICE TO COVER UP PUBLIC OFFICIAL CRIMES CREATING TWO-TIERED JUSTICE SYSTEM       4

5. ABUSE OF LITIGANT BY JUDGES WILKINS, KATSAS AND PAN       5

TABLE OF CONTENTS       i

TABLE OF AUTHORITIES       iii

GLOSSARY OF DOCUMENTS AND INDIVIDUALS
1. FBI 302 9E-LS2828652 Serial 1       6
2. Minute Order entered 4/7/2022 (Secret Ex Parte by Judge Chutkan)       6
3. Judge Greg Van Tatenhove       6
4. Christy Trout Van Tatenhove       7
5. Kent Wicker       7
6. John Doe 2 (Assistant US Attorney for Western District of Kentucky)       7
7. John Doe 3 (Special Agent assigned to Louisville FBI Office)       8
8. Judge Karen Caldwell       8

9. Judge Justin Walker                                          8
10.    R. Craig Lawrence                                        9
11.    FBI Information Management Division                      9
12.    Roscoe Conklin Howard, Jr                              10
13.    Shadae Beaver                                          10
14.    Layla Siegel                                           10
15.    Jennifer Wylie                                         11
16.    David Frazee                                           11

BACKGROUND                                                    12

REASONS FOR GRANTING RE HEARING EN BANC                       13

1.    JUDGE TANYA CHUTKAN'S JUDICIAL MISCONDUCT 13
2.    WHITEWASHING OF DEPARTMENT OF JUSTICE
      MISCONDUCT BY BOTH DC DISTRICT AND DC
      CIRCUIT COURTS                                          17
3.    CONSPIRACY BETWEEN JUDGE CHUTKAN AND THE
      US ATTORNEY FOR THE DC OF COLUMBIA                      20
4.    WEAPONIZATION OF THE DEPARTMENT OF JUSTICE
      TO COVER UP PUBLIC OFFICIAL CRIMES CREATING
      TWO-TIERED JUSTICE SYSTEM                               20
5.    ABUSE OF LITIGANT BY JUDGES WILKINS, KATSAS
      AND PAN                                                 21

CONCLUSION                                                    22

CERTIFICATE OF SERVICE                                         a

CERTIFICATE OF COMPLIANCE                                      a

ADDENDUM                                                       b

## TABLE OF AUTHORITIES

Cases

    Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950)

              14, 16

Constitution

    1st Amendment            17, 18, 20

    5TH Amendment       5, 14, 15, 16, 21

Statutes

    5 U.S.C. § 552            9

    28 U.S. Code § 455       19, 20

Other Authorities

    The Federalist No. 48, at (Clinton Rossiter ed., 1999) James Madison       17

Rules

    FRCP Rule 12         13

(Page 8 of Total)

## GLOSSARY OF DOCUMENTS AND INDIVIDUALS

**FBI 302 9E-LS2828652 Serial 1**: FBI 302 falsified by Assistant US Attorney John Doe 2 from the Western District of Kentucky US Attorney Office. Also, a second falsification by FBI Agent John Doe 3. Falsified to create appearance of wrongdoing by Ms. Mischler as a pretext to justify retaliatory use of FBI force ACROSS STATE LINES to harass Ms. Mischler at her Florida home for exercising her First Amendment Right to Redress in Kentucky.

**Minute Order entered 4/7/2022**:    Judge Chutkan held an US Constitutional violating ex parte hearing with the Defendants attorneys, never giving notice to Ms. Mischler. The only way that Judge Chutkan could know these individuals (Beaver, Wylie, Frazee, Seigel) were associated with the case is through an undisclosed ex parte hearing/meeting. See Document 1946781 #22-5042, handwritten at right hand bottom 27/169 and 28/169

**Judge Greg Van Tatenhove**: Article III Federal Judge in the Eastern Kentucky engaging in criminal conduct from the bench to financially benefit himself, his wife Christy Trout, her employers Matt Bevin and

6

now David Osborne, her business partner Kent Wicker, and his adjunct employer the University of Kentucky.

**Christy Trout Van Tatenhove**:  Wife of Greg Van Tatenhove who engages in a judicial bribery scheme with her husband failing to recuse from her employers cases, and give them judicial favors in return for employee status where she received full time pay but did not actually work.  A second judicial bribery scheme exists where her business partner Kent Wicker practices before her husband, Judge Van Tatenhove in criminal and civil cases charging excessive legal fees in return for favorable rulings, including reduced sentences for criminal defendants.

**Kent Wicker**:  Business partner of Christy Trout Van Tatenhove of ITW Capital Management LLC (KY) ran out of Judge Van Tatenhoves home address while Wicker simultaneously practices in front of Judge Van Tatenhove charging excessive legal fees to litigants and criminal defendants in return for favorable rulings from Judge Van Tatenhove.

**John Doe 2**:  Assistant US Attorney of the Western District of Kentucky who falsified FBI 302 stating he read a non-existent newspaper article to inflame Tampa FBI agents to harass Ms. Mischler and her dying elderly father at their Florida home.

7

**John Doe 3**: Louisville Kentucky FBI Agent who falsified FBI 302 stating that Ms. Mischler had an dependency case against her that took her kids from her. No dependency case has been served on Ms. Mischler. Kentucky FBI Agent falsified FBI 302 to inflame Tampa FBI Agents to harass ACROSS STATE LINES, Ms. Mischler and her dying elderly father that their Florida home.

**Judge Karen Caldwell**: Former Chief Judge of the Eastern District of Kentucky who was informed of Judge Van Tatenhove's judicial bribery scheme and refused to give redress to Ms. Mischler over Judge Van Tatenhove's judicial misconduct. Judge Caldwell was caught stalking Ms. Mischler's Twitter account with her anonymous twitter account.

**Judge Justin Walker**: Judge Walker was involved with the bribery scheme of Judge Greg Van Tatenhove. He admitted his involvement with Kent Wicker and Christy Trout in his disclosure forms to Congress but withheld that necessary information from judges at the time he was co-counsel with Wicker and Trout.[1] He failed to recuse from the first associated case knowing he had a conflict of interest.

_____

[1] The purpose of Justin Walker withholding the information that he was co-counsel was that he could freely have ex parte communications with

8

**R. Craig Lawrence** : A show cause motion was filed against US Attorney Graves for misrepresentation to the DC District and Circuit stating that no evidence exists to support a Bivens Actions by Ms. Mischler. At all times the Department of Justice and the Graves R. Craig Lawrence knew that the Louisville FBI office and the Western District of Kentucky US Attorneys office falsified FBI 302 9E-LS-2828652 Serial 1 and that FBI 302 9E-LS-2828652 Serial 1 would sustain her Bivens actions against the Defendants.

**FBI Information Management Division**: Unidentified individuals at the FBI Information Management Division *committed obstruction of justice to unnecessarily delay Ms. Mischler's FOIA* for FBI 302 9E-LS2828652 Serial 1. Instead of taking twenty days when she first requested her FOIA per 5 U.S.C. § 552; he FBI Information Management Division without justifiable cause delayed the request for three years to delay discovery that the DOJ employees John Doe 2 hand John Doe 3 had falsified FBI 302 9E-LS2828652 Serial 1.

---

appeal judges and potentially Supreme Court of the United States justices on the high monetary stakes case if needed.

**Roscoe Conklin Howard, Jr**:  Howard is a former US Attorney for the DC district who is using his political connections to the US Attorneys Office to cover up that his client, Christy Trout Van Tatenhove is engaging in a judicial bribery scheme in Kentucky and had limited contacts to DC in that capacity when Trout accompanied Kelly Craft.

**Shadae Beaver**:  Judge Chutkan had an undisclosed ex parte communication with paralegal Shadae Beaver who was ordered to be noticed by Judge Chutkan in Minute Order dated 4/7/22.  A paralegal, not admitted to the any Bar Association was receiving due process notice by Judge Chutkan of Ms. Mischler's case while at the same, Judge Chutkan refused multiple times to allow Ms. Mischler to have the same privilege given to Beaver, a non party without legal credentials to receive service.

**Layla Siegel**:    Judge Chutkan had an undisclosed ex parte communication with paralegal Layla Siegel who was ordered to be noticed by Judge Chutkan in Minute Order dated 4/7/22.  A paralegal, not admitted to the any Bar Association was receiving due process notice by Judge Chutkan of Ms. Mischler's case while at the same, Judge Chutkan refused multiple times to allow Ms. Mischler to have the same

10

privilege given to Beaver, a non party without legal credentials to receive service.

**Jennifer Wylie**:    Judge Chutkan had an undisclosed ex parte communication with paralegal Jennifer Wylie who was ordered to be noticed by Judge Chutkan in Minute Order dated 4/7/22. A paralegal, not admitted to the any Bar Association was receiving due process notice by Judge Chutkan of Ms. Mischler's case while at the same, Judge Chutkan refused multiple times to allow Ms. Mischler to have the same privilege given to Wylie, a non party without legal credentials to receive service.

**David Frazee**: A criminal defense (Van Tatenhove/Trout judicial bribery scheme) attorney who works with Roscoe Howard Jr. was attached to the case by Judge Chutkan without any requirement for him to legally enter the case after an ex parte hearing took place without notice, by the Defendants and Judge Chutkan excluding the Appellant, Ms. Mischler. This is evidenced by the minute ordered entered into the Circuit Record as Document 1946781 #22-5042, handwritten at right hand bottom 27/169 and 28/169.

11

# BACKGROUND

Judge Greg Van Tatenhove, Judge Karen Caldwell, Christy Trout Van Tatenhove, and Kent Wicker are involved in a Federal judicial bribery scheme in Kentucky. The scheme has multiple spokes and affects both criminal and civil proceedings.

The quartet of Van Tatenhoves, Caldwell and Wicker have very strong ties to Appellee Senator Mitch McConnell.

Ms. Mischler uncovered the part of the bribery scheme that affected her. That is Judge Van Tatenhove failing to recuse from Matt Bevin's cases where Christy Trout, his then paramour worked.

Ms. Mischler requested redress from Chief Judge Karen Caldwell not knowing Judge Caldwells involvement in the bribery scheme. Redress is a First Amendment right; proper because Ms. Mischler wasn't afforded a fair and neutral judge in her civil case due to Judge Van Tatenhoves misconduct.

John Doe 2 & 3 falsified FBI 302 1:20-cv-01863-TSC.   John 2 specifically stated that he read a newspaper article about Ms. Mischler that she blocked a state judge with her vehicle.   No such news article exists and the event never happened. US Attorney Matthew Graves has

12

never produced the news article in response to the show cause motion against him to produce.

Judge Chutkans first ex parte occurred when the US Attorney for the DC requested a simple motion for an extension of thirty days to file a response to complaint served. Judge Chutkan, as a result of the ex parte with unknown individuals instead granted an unconstitutional permanent stay that the US Attorney for DC would never have to answer the complaint.

Judge Chutkans second ex parte occurred in a secret hearing without the pro se Plaintiff with Shadae Beaver, Layla Siegel, Jennifer Wylie, and David Frazee. This is evidenced by the minute order.

DC Circuit Judges Wilkins, Katsas, and Pan were noticed of this misconduct by Judge Chutkan, but whitewashed it by a per curiam order.

## REASONS FOR GRANTING REHEARING EN BANC

### 1.    JUDGE TANYA CHUTKAN'S JUDICIAL MISCONDUCT

Per Curiam order failed to address Judge Chutkans favortism to DOJ regarding enforcement of FRCP Rule 12 of when to answer complaint.

13

The motion request: Defendants"), by and through undersigned counsel, respectfully request an enlargement of time until November 6, 2020, to file Federal Defendants' Answer or other response to the Complaint filed by Amy Mischler ("Plaintiff"). In support, Federal Defendants state the following good

Judge Chutkans Favoritism to DOJ below:

MINUTE ORDER: Granting Federal Defendants' 9 Motion for Extension of Deadlines. The Federal Defendants' obligation to respond to Plaintiff's Complaint is hereby STAYED pending further order of the court. The Clerk of the Court shall mail a copy of this order to : AMY MISCHLER, 1120 Palm Court, Okeechobee, FL 34974. Signed by Judge Tanya S. Chutkan on

It is a 5th Amendment Due Process violation by Judge Chutkan to grant further days than what the motion requested. There is no due process notice to Ms. Mischler nor any substantive explanation why a permanent stay was issued by Judge Chutkan. There is no substantive explanation by Judges Pan, Katsas, and Wilkins as to why they are turning a blind eye to such egregious misconduct by Judge Chutkan.

The 5th Amendment of the United State Constitution required Judge Chutkan to give Ms. Mischler minimum due process of (1) notice, (2) an opportunity to be heard, and (3) an impartial tribunal. Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950).

Judges Wilkins, Pan, Katsas did not address Judge Chutkan not giving Ms. Mischler any notice that a permanent stay was being considered. They did not address Judge Chutkan not giving Ms. Mischler an opportunity to be heard that a permanent stay was to take place. They did not address Judge Chutkan partiality of having an undisclosed ex

14

parte communication with DOJ to grant an extended stay; this is an obvious denial of an impartial tribunal under <u>Mullane</u>. Id.

Per Curiam Order failed to address Judge Chutkan having an ex parte hearing without notice to the record or Ms. Mischler with Shadae Beaver, Layla Siegel, Jennifer Wylie, David Frazee. Then Judge Chutkan falsified a minute order as if no actual hearing took place but was caught noticing Beaver, Siegel, Wylie, and Frazee on the minute order.



Judge Chutkan denied Amy Mischler equal protection of the law, under the 5th Amendment by refusing to allow Ms. Mischler to received ECF notice. Paralegals Wylie, Siegel, and Beaver have no lawful authority to receive ECF notice, but were treated by Judge Chutkan as superior citizens who could access the case by ECF than the actual pro se litigant Amy Mischler, whom Judge Chutkan treated as a second class

15

citizen denying multiple motions to electronically file and receive notice by ECF.

The 5th Amendment of the United State Constitution required Judge Chutkan to give Ms. Mischler minimum due process of (1) notice, (2) an opportunity to be heard, and (3) an impartial tribunal. Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950).

Here, Judge Chutkan never gave notice of the hearing that took place which Shadae Beaver, Layla Siegel, Jennifer Wylie, David Frazee. The record does not state a hearing took place. Judge Chutkan never gave Ms. Mischler an opportunity to be heard to object to paralegals Beaver, Siegel, and Wylie having greater access to ECF than, she, Ms. Mischler a party did. Judge Chutkan never gave Ms. Mischler an opportunity to be heard to the de facto admission of David Frazee to the case. Judge Chutkans actions who she is not impartial.

Judges, Pan, Wilkins, and Katsas were fully noticed of this issue of Judge Chutkan, twice violating Ms. Mischlers 5th Amendment Due Process rights and are being willfully blind to Judge Chutkans misconduct by issuing a per curiam opinion without a factual finding.

16

2.   **WHITEWASHING OF DEPARTMENT OF JUSTICE MISCONDUCT BY BOTH DC DISTRICT AND DC CIRCUIT COURTS**

Judges Chutkan, Pan, Katsas, and Wilkins all knew that the Ms. Mischler filed an FOIA for FBI 302 9E-LS2828652 Serial 1 a year before the lawsuit was filed that DOJ was refusing to timely hand over the necessary document for drafting of the lawsuit.

Judges Pan, Katsas, and Wilkins presumably having read the show caution motion against DOJ representative US Attorney for the DC District knew that FBI 302 9E-LS2828652 Serial 1 was falsified and the entire lawsuit needed to be remanded to allow Ms. Mischler to amend her complaint. The judicial and the executive branches are working together to obstruct Ms. Mischler's 1st Amendment right of Redress of Grievances against the DOJ by Judges Pan, Katsas, and Wilkins blithely ignoring the crime of DOJ employees falsifying FBI 302 9E-LS2828652 Serial 1, and then using the falsified FBI 302 as justification to send FBI agent to her home to harass her and her dying elderly father.

As James Madison warned in, The Federalist No. 48, at (Clinton Rossiter ed., 1999) ([T]he accumulation of all powers, legislative, executive, and judiciary, in the same hands, whether of one, a few, or many, and whether hereditary, self-appointed, or elective, may justly be

17

pronounced the very definition of tyranny.). Judges Pan, Katsas, failing

to address Judge Chutkan working with DOJ to deny Ms. Mischler her

first Amendment Right to Redress of Grievances is continued tyranny,

after the fact.[2]

The DOJ falsified FBI 302 9E-LS2828652 Serial 1 because Ms.

Mischler petitioned as is her right under the First Amendment, her

grievance to Judge Karen Caldwell that she, was denied a fair and partial

---

[2] United States Constitution Amendment I

Congress shall make no law respecting an establishment of religion, or
prohibiting the free exercise thereof; or abridging the freedom of speech,
or of the press; or the right of the people peaceably to assemble, and **to
petition the government for a redress of grievances**.

18

tribunal due to Judge Greg Van Tatenhove violating 28 U.S. Code § 455.[3]

4 5 6 7 8

_____

[3] Judge Greg Van Tatenhove works at the University of Kentucky as an adjunct law professor: doesn't recuse but rules to benefit the University of Kentucky in multiple cases such as this one. https://www.lpm.org/investigate/2022-03-18/kentucky-kept-collecting-uk-medical-debt-after-acknowledging-due-process-violations

[4] Judge Greg Van Tatenhove wife works for KY Speaker David Osborne but doesn't recuse from a case that directly benefits how David Osborne can appropriate Federal Grant money. https://taxfoundation.org/blog/american-rescue-plan-tax-cuts-federal-judge/

[5] Judge Greg Van Tatenhove's wife business partner Kent Wicker extorts excessive legal fees from deep pocket criminal Defendants like Dr. Chaloub to get reduced sentences: Judge doesn't recuse or notice the conflict of interest of Kent Wicker owning a business operating out of Judges house. https://casetext.com/case/united-states-v-chalhoub-2

[6] Chief Judge Karen Caldwell writes the local court rules of EDKY to appear neutral but funneling all of Matt Bevin's cases to Judge Greg Van Tatenhove knowing that Judge Van Tatenhoves wife is an at will employee of Matt Bevin. Multiple cases compromised including 3:17-CV-00066-GFVT (EDKY) where Judge Van Tatenhove covers up a multimillion dollar default judgement against Bevin, harming Amy Mischler

[7] Judge Van Tatenhove's wife gives Senator McConnell Center a quarter of million dollars after Jerry Lundergan trial where Lundergan was charged from Senator McConnell campaign research, prosecuted by Senator McConnell Super Pac aligned Director Mike Duncan's son, presided over by Van Tatenhove who worked for McConnell, with Kent Wicker, Judge Van Tatenhoves wife business partner running a business out of the inside of Judge Van Tatenhove's home. https://www.vox.com/policy-and-politics/2020/4/30/21234505/mitch-mcconnell-trump-republican-party-jane-mayer https://www.courtlistener.com/docket/7788316/united-states-v-lundergan/

3.   **CONSPIRACY BETWEEN JUDGE CHUTKAN AND THE US ATTORNEY FOR THE DC OF COLUMBIA**

If the DC Circuit does not hold Judge Chutkan accountable for the multiple ex parte communications and conspiracy to hide falsified FBI 302 1:23-cr-00257-TSC listed already herein; the public cannot trust the DC Circuit to fairly hold Judge Chutkan accountable in the future when allegations arise against Judge Chutkan of misconduct and unfairness in 1:23-cr-00257-TSC.

4.   **WEAPONIZATION OF THE DEPARTMENT OF JUSTICE TO COVER UP PUBLIC OFFICIAL CRIMES CREATING TWO-TIERED JUSTICE SYSTEM**

Judge Van Tatenhove denied Ms. Mischler a fair and neutral judge, knowing that his lover worked for Matt Bevin and he, Judge Van Tatenhove failed to recuse pursuant to 28 U.S. Code § 455. When Ms. Mischler exercised her 1st Amendment right of Redress of Grievances to Chief Judge Karen Caldwell; An FBI Agent and Assistant US Attorney in Louisville Kentucky conspired to falsify FBI 302 9E-LS2828652 Serial

---

[8] Judge Van Tatenhove gives Matt Bevins (employs judges girlfriend) friend Ken Hamm millions in KY Tax subsidies.
https://www.cincinnati.com/story/news/2016/06/23/who-pays-new-ark-taxpayers/85481082/
https://twitter.com/MattBevin/status/893997845749084161

20

1 as a pretext to send Tampa FBI to Amy Mischler's home to harass her for petitioning her First Amendment Right.

Another case; FBI Richmond Field Office listed the traditional Catholics as potential domestic terrorists just for practicing their faith.[9] Federal judges cannot and should not be willfully blind to the out of control weaponization by the Department of Justice.

## 5. ABUSE OF LITIGANT BY JUDGES WILKINS, KATSAS AND PAN

Ms. Mischlers motion to proceed in forma pauperis was sufficient for Judges Wilkins, Katsas and Pan to grant in forma pauperis. However, they issued an order requiring her to pay the court fee. After she did, Judges Wilkins, Katsas, and Pan issued a per curiam order with no legal analysis whatsoever to justify the order.

Ms. Mischler asserts that their actions were legal abuse and that per curiam opinions violate the 5th Amendment of the United States Constitution. She had to pay a filing fee, out of her substantial poverty and then Judges Wilkins, Katsas and Pan deprived Ms. Mischler of her property, a written factual finding justifying why her motions/Appeal

---

[9] See August 9, 2013 Congress Committee on the Judiciary letter to Christopher Wray.

21

were summarily denied without a reasonable explanation. She paid for a finding; she is owed a finding from the DC Circuit.

## CONCLUSION

The DC Circuit owes Ms. Mischler an EN BANC factual finding justifying why she should be denied relief that Judge Chutkan should not be made to recuse from the District Court case and that Ms. Mischler should be allowed to amend her complaint to include the falsification of FBI 302 9E-LS2828652 Serial 1 on remand. Otherwise, the United States will descend into chaos over US v. Donald Trump, 1:23-cr-00257-TSC because if the DC Circuit will not address judicial misconduct in this case; everyone watching knows that the DC Circuit will not address judicial DOJ misconduct arising in 1:23-cr-00257-TSC.

Dated 8/13/2023

Respectfully submitted,

*/s/ Amy Mischler*
Amy Mischler, JD
8761 St. Hwy 78 W, Lot #10
Okeechobee, Florida 34974
863-801-1187
ajmischler@yahoo.com

22

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2023: I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, thereby serving all persons required to be served.


*/s/ Amy Mischler*

Amy Mischler


## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limit of Fed. R. App. P. 35(b)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1):

[ X ] this document contains 3,801 words, or

[    ] this brief uses a monospaced typeface and contains [state the number of] lines of text

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

[ X ] this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14pt Century; or

[    ] this document has been prepared in a monospaced typeface using [state name and version of word-processing program].

August 13, 2023        */s/ Amy Mischler*

Amy Mischler

a

## ADDENDUM

1. MOTION FOR SHOW CAUSE ORDER WHY THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA MATTHEW GRAVES SHOULD NOT BE HELD IN CONTEMPT FOR DISHONESTY TO THE COURT

2. 8 U.S. Code § 1746 Unsworn declaration under penalty of perjury by AMY Mischler

3. Notice of Electronic Filing 4/7/2022

b

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
### No. 20-1863
### (C.A. No. 22-5042)

AMY MISCHLER,                                 Appellant,

v.

MIKE PENCE, et al.,                             Appellees.


## MOTION FOR SHOW CAUSE ORDER WHY THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA MATTHEW GRAVES SHOULD NOT BE HELD IN CONTEMPT FOR DISHONESTY TO THE COURT

Now comes Ms. Mischler who respectfully requests the D.C. Circuit Court of Appeals to use its inherent contempt powers for direct civil contempt against U.S. Attorney Matthew Graves for his failure to properly supervise his assistant U.S. Attorneys and support staff in this action.

Under U.S. Attorney Matthew Graves authority; Assistant U.S. Attorney Thomas Duffey has maligned and abused a disabled individual in pleadings, calling her frivolous while at the same time knowing that the FBI 302's that lead to this action had easily verifiable false information supplied by a redacted name assistant U.S. Attorney and redacted name F.B.I. Agent in the Western District of Kentucky.

By Matthew Graves allowing his Assistant US Attorney to commit fraud by withholding this information at the same time name calling Ms. Mischler frivolous is affront to the Honesty and Integrity of the Office of the U.S. Attorney. This Court has inherent contempt authority and Ms. Mischler demands that the Court use this authority to restore the trust the public has in the Office of the U.S. Attorney and in the Courts themselves which have shown reluctance to hold Department of Justice officials accountable for dishonesty.

Attached is the memorandum in full detail.

WHEREFORE, MS. MISCHLER prays for relief that this Honorable Court Order;

1) U.S. Attorney Matthew Graves to file an unredacted FBI 302 9E-LS-28282652 immediately in this action;

2) EITHER PRODUCE THE DEFAMATORY ALLEGED NEWS ARTICLE (that does not exist) that the Western District of Kentucky Assistant U.S. Attorney claims to have read or submit a reparations plan of how the D.C. U.S. Attorneys Office is going to make amends for withholding the necessary documents from Ms. Mischler;

3) EITHER PRODUCE THE DEFAMATORY DOCUMENTS STATING THAT KENTUCKY TOOK MS. MISCHLER'S CHILDREN FROM HER (documents do not exist) that the Louisville F.B.I. Agent claims to

have happened or submit a reparation plan of how the D.C. U.S. Attorneys

Office is going to make amends for withholding the necessary document

from Ms. Mischler.


By; /s/ *Amy Mischler*
8761 ST HWY 78 W LOT 10
Okeechobee, Florida 34974


CERTIFICATE OF SERVICE

I hereby certify this motion was sent electronically using the ECF system to:

Thomas W. Duffey,
601 D Street, N.W.
Washington, D.C. 20530
By; /s/ *Amy Mischler*
  AMY MISCHLER


AMY MISCHLER
8761 ST HWY 78 W LOT 10


Okeechobee, Florida 34974

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
**No. 20-1863**
**(C.A. No. 22-5042)**

AMY MISCHLER,                                                    Appellant,

v.

MIKE PENCE, et al.,                                             Appellees.

**28 U.S. Code § 1746**
**Unsworn declaration under penalty of perjury by AMY Mischler**

1.  I, Amy Mischler have never blocked a state court judge in with my vehicle.

2.  No newspaper article has ever been written about me, Amy Mischler blocking a state court judge in with my vehicle.

3.  No children have never been taken from me by the state of Kentucky.

4.  The state court judge Lewis Nichols illegally allowed falsified KY DCBS records to be used in my divorce case by a child custody evaluator he picked who had contracted frequently with KY DCBS and failed to disclose the conflict of interest. The falsified KY DCBS records were under scrutiny of the Kentucky Evidence Rules because Judge Nichols allowed the custody evaluator to self prove their authenticity in her psychologist office.  It is now discovered that the custody evaluator referred to some KY DCBS records in her evaluation that didn't exist until years after her evaluation was written.

5.  I specifically told FBI Agent Shane Baumgardner when he was at my home that I had already noticed the Sixth Circuit Court of Appeals regarding Judge Van Tatenhoves unethical conduct and thus, could not be blackmailing Judge Van Tatenhove as I had already placed it in the public court record and social media **before** Baumgardner came to my home July 3, 2018.

6.  The unidentified man with Shane Baumgardner asked for me to "voluntarily" give copies of records, including the KY DCBS records that are now known to be fraudulently created to the FBI and I assumed forwarded to Kentucky Governor Matt Bevin.

I. declare under penalty of perjury that the foregoing is true and correct. Executed on 2/15/2023.
By; /s/ Amy Mischler

By; /s/ *Amy Mischler*
AMY MISCHLER
8761 ST HWY 78 W LOT 10
Okeechobee, Florida 34974

CERTIFICATE OF SERVICE

I hereby certify this motion was sent electronically using the ECF system to:

Thomas W. Duffey,
601 D Street, N.W.
Washington, D.C. 20530
By; /s/ *Amy Mischler*
AMY MISCHLER

Statement of issues to be raised.pdf                                    file:///C:/Users/ajmis/OneDrive/Desktop/Statement%20of%20issu...

USCA Case #22-5042      Document #2012201        Filed: 08/13/2023      Page 33 of 34

Case 1:20-cv-01863-TSC   Document 48   Filed 04/15/22   Page 13 of 18
USCA Case #22-5042    Document #1943296    Filed 04/15/2022   Page 3 of 18

Message-Id:7664033@dcd.uscourts.gov
Subject:Activity in Case 1:20-cv-01863-TSC MISCHLER v. PENCE et al Order on Sealed Motion
Content-Type: text/html

## U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 4/7/2022 at 4:20 PM and filed on 4/7/2022

| | |
|---|---|
| **Case Name:** | MISCHLER v. PENCE et al |
| **Case Number:** | 1:20-cv-01863-TSC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 MINUTE ORDER: Plaintiff's Motion [42] is hereby granted in part and denied in part. The motion is GRANTED with respect to Plaintiff's request to file the motion under seal. The motion is DENIED with respect to Plaintiff's request to proceed on appeal in forma pauperis. "[A]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous." Wooten v. District of Columbia Metro. Police Dept., 129 F.3d 206, 208 (D.C. Cir. 1997) (quoting Ellis v. United States, 356 U.S. 674 (1958)). Because Plaintiff's appeal does not have "an arguable basis in law and fact," the court finds it is not taken in good faith and therefore she is not entitled to proceed without paying the filing fee. See In re Yelverton, No. 09-00414, 2015 WL 6599699, at *1 (Bankr. D.D.C. Oct. 29, 2015) (citing Neitzke v. Williams, 490 U.S. 319, 325 (1989); Cortorreal v. United States, 486 F.3d 742 (2d Cir. 2007); Sills v. Bureau of Prisons, 761 F.2d 792, 794 (D.C. Cir. 1985)); Wooten v. District of Columbia Metropolitan Police Dept., 129 F.3d 206, 208 (D.C. Cir. 1997). The Clerk of the Court shall mail a copy of this Order to Plaintiff at her address of record. Signed by Judge Tanya S. Chutkan on 4/7/22. (DJS)

*Exhibit 1*

**1:20-cv-01863-TSC Notice has been electronically mailed to:**

*No Entry of Appearance*
*How did Judge Chutkan know?*

Roscoe Conklin Howard, Jr    rhoward@btlaw.com, Jennifer.Wylie@btlaw.com, david.frazee@btlaw.com

*27/169*

Statement of issues to be raised.pdf                    file:///C:/Users/ajmis/OneDrive/Desktop/Statement%20of%20issu...

USCA Case #22-5042      Document #2012201      Filed: 08/13/2023      Page 34 of 34

Case 1:20-cv-01863-TSC   Document 48   Filed 04/15/22   Page 14 of 18
USCA Case #22-5042   Document #1949298   Filed: 04/15/2022   Page 14 of 18

Michelle Nicole Bradford      mbradford@btlaw.com, layla.siegel@btlaw.com

Thomas Duffey      thomas.duffey@usdoj.gov, caseview.ecf@usdoj.gov, shadae.beaver@usdoj.gov

**1:20−cv−01863−TSC Notice will be delivered by other means to::**

AMY MISCHLER
8671 Hwy 78 West
Lot #10
Okeechobee, FL 34974

*[handwritten annotations:]* Not in Case no entry of appearance. How did Judge Chutkan know they were involved? Undisclosed Ex Parte

*[handwritten:]* 28/169   14